In the Matter of WILLIAM G. BROWN, as General Guardian, etc.— Motion to dispense with printing and to hear appeal on original papers denied; appellant is granted a reasonable time to make, file and serve the record on appeal. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

CATHERINE McCABE, Appellant, v. JEREMIAH CRONIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

CHARLOTTE JANE LESTRANGE, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell, and Philbin, JJ.

SAMUEL GOLDMAN, as Administrator, etc., of MORRIS GOLDMAN, Deceased, Respondent, v. LANIGAN BROS., INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $7,278.64; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ELLEN McN. ALTZ, Respondent, v. LOUIS LEIBERSON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ROBERT J. ALTZ, Respondent, v. LOUIS LEIBERSON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

BARBARA G. SCHNATZ, Appellant, v. GEORGE J. SCHNATZ and LOUISA SCHNATZ, Respondents.— Order, so far as it directs that verdict be set aside, affirmed, and so far as it directs that complaint be dismissed, reversed. Judgment reversed and a new trial ordered, with costs to appellant to abide event. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

INSURANCE COMPANY OF NORTH AMERICA, Respondent, v. G. ROBISON & COMPANY., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. FREDERICK LAYER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

STANDARD BANK OF CANADA, Appellant, v. PHILIP MURPHY, Respondent. — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ALBERT A. MOERS, Appellant, v. CARRIE C. MOERS, Respondent.— Appeal from order of Appellate Division dismissed. Judgment and order of July 22, 1919, affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.